FILED

LAW OFFICES OF JOSEPH NAZARIAN
Joseph Nazarian, Esq. (SBN 272382)
joe@jnazlaw.com
9454 Wilshire Boulevard, Penthouse
Beverly Hills, California 90212
T: (310) 571-5636 | F: (877) 349-4645

13 FEB -5 AM 10: 22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

Attorneys for Plaintiff
DANNIELLE ZEPHIER, an individual

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DANNIELLE ZEPHIER, an individual,

Plaintiff,

vs.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,

Defendants.

Case No.: CV13-00786 MRP(MLGx)

COMPLAINT FOR:

1. VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C. § 1692 ET SEQ.
2. VIOLATIONS OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

JURY TRIAL DEMANDED

## INTRODUCTION

1.  This action arises out of the Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") and the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788 et seq., ("RFDCPA").

## JURISDICTION

2.  Jurisdiction of this Court arises under 28 U.S.C. § 1331, pursuant to 15 U.S.C. § 1692k(d) and under 28 U.S.C. § 1367 for pendent state law claims.

-1-
**COMPLAINT**

LAW OFFICES OF JOSEPH NAZARIAN
9454 Wilshire Boulevard, Penthouse
Beverly Hills, CA 90212

Printed on recycled paper

n:/D2_Complaint
13K_0201

LAW OFFICES OF JOSEPH NAZARIAN
9454 Wilshire Boulevard, Penthouse
Beverly Hills, CA 90212

3. Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendant transacts business here.

**PARTIES**

4. Plaintiff Dannielle Zephier ("Zaphier" or "Plaintiff") is a natural person residing in the County of Los Angeles, State of California, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3), and is a person as that term is defined by Cal. Civ. Code § 1788.3(g).

5. Defendant Portfolio Recovery Associates, LLC ("PRA" or "Defendant"), upon information and belief, is a foreign professional limited liability company that operates as a debt collection agency from an address of 120 Corporate Boulevard, Norfolk, Virginia 23502. PRA is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6) and Cal. Civ. Code § 1788.2(c).

**FACTUAL ALLEGATIONS**

6. Plaintiff allegedly incurred a financial obligation with Wells Fargo, which is a creditor as that term is defined by 15 U.S.C. § 1692a(4).

7. The alleged obligation was primarily for personal, family or household purposes, which is an alleged "debt" as that term is defined by 15 U.S.C § 1692a(5) and Cal. Civ. Code § 1788.2(d), namely a consumer debt.

8. Plaintiff's alleged debt was consigned, placed or otherwise transferred to Defendant for collection from Plaintiff sometime before September 2011. *See* Exhibit 1.

9. On or about September 27, 2011, PRA sent a letter to Plaintiff in an attempt to collect a debt and in connection with the collection of a debt. *See* Exhibit 1.

Printed on recycled paper

n:/DZ_Complaint
13K_0201

LAW OFFICES OF JOSEPH NAZARIAN
9454 Wilshire Boulevard, Penthouse
Beverly Hills, CA 90212

10.     On or about October 20, 2011, Plaintiff's attorney sent a letter to PRA to inform PRA that Plaintiff was represented by an attorney and to inform PRA that Plaintiff disputed the debt. *See* Exhibit 2.

11.     The letter dated October 20, 2011 was received by PRA on October 24, 2011. *See* Exhibit 3.

12.     On or about February 7, 2012, PRA sent a letter directly to Plaintiff after PRA had actual knowledge that Plaintiff was represented by an attorney. *See* Exhibit 4.

13.     PRA violated 15 U.S.C. § 1692b(6), 1692c(a)(2), 16292d, and Cal. Civ. Code § 1788.14(c) because PRA communicated with Plaintiff in an attempt to collect a debt and in connection with the collection of a debt when PRA had actual knowledge that Plaintiff was represented by an attorney.

14.     PRA violated 15 U.S.C. § 1692g(b) because PRA failed to cease collection activities after received notice that Plaintiff disputed the debt.

15.     Defendant's conduct caused Plaintiff actual damages under the FDCPA and the RFDCPA in the form of emotional distress, fear, humiliation and anxiety from being harassed by PRA.

16.     Plaintiff has incurred actual damages under the FDCPA and the RFDCPA in the form of out-of-pocket expenses as a result of PRA's acts and omissions.

## FIRST CAUSE OF ACTION – BY PLAINTIFF AGAINST ALL DEFENDANTS
### (Violations of the Fair Debt Collection Practices act 15 U.S.C. § 1692 et seq.)

17.     Plaintiff incorporates by reference each and every above stated allegation as though fully stated herein.

Printed on recycled paper

n:/DZ_Complaint
13K_0201

18.     The foregoing acts of the Defendant constitute distinct violations of the FDCPA against the Plaintiff herein, including but not limited to each and every one of the above cited provisions of the FDCPA, 15 U.S.C § 1692 *et. seq.*

19.     As a result of said violations, Plaintiff has suffered actual damages in the form of humiliation, anger, anxiety, emotional distress, fear, frustration, and embarrassment, amongst other negative emotions, and therefore Plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1) of the FDCPA.

20.     As a result of said violations, Plaintiff has incurred out-of-pocket expenses, and therefore Plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1) of the FDCPA.

21.     As a result of said violations, Plaintiff is entitled to statutory damages of $1,000.00 from Defendant, and for Plaintiff's attorney fees and costs pursuant to 15 U.S.C. § 1692k(a)(2)(A) and 15 U.S.C. § 1692k(a)(3).

## SECOND CAUSE OF ACTION – BY PLAINTIFF AGAINST ALL DEFENDANTS
### (Violations of the Rrosenthal Fair Debt Collection Practices Act)

22.     Plaintiff incorporates by reference each and every above stated allegation as  though fully stated herein.

23.     The foregoing acts of the Defendant constitute distinct violations of the RFDCPA against the Plaintiff herein, including but not limited to each and every one of the      above cited provisions of the RFDCPA, Cal. Civ. Code § 1788 *et. seq.*

24.     As a result of said violations, Plaintiff has suffered actual damages in the form of humiliation, anger, anxiety, emotional distress, fear, frustration, and embarrassment, amongst other negative emotions, and therefore Plaintiff is entitled to actual damages pursuant to Cal. Civ. Code § 1788.30(a) of the RFDCPA.

LAW OFFICES OF JOSEPH NAZARIAN
9454 Wilshire Boulevard, Penthouse
Beverly Hills, CA 90212

*COMPLAINT*

Printed on recycled paper

n:/DZ_Complaint
13K_0201

25.     As a result of said violations, Plaintiff has incurred out-of-pocket expenses, and therefore Plaintiff is entitled to actual damages pursuant to Cal. Civ. Code § 1788.30(a) of the RFDCPA.

26.     As a result of said violations, Plaintiff is entitled to statutory damages of $1,000.00 from Defendant, and for Plaintiff's attorney fees and costs pursuant to Cal. Civ. Code § 1788(b) and 1788(c).

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff respectfully prays that this Court enter the following judgment, in Plaintiff's favor:

1.  For declaratory and injunctive relief;

2.  For an award of statutory damages of $1,000.00 for the Plaintiff herein, for violations of the FDCPA pursuant to 15 U.S.C. § 1692k(a)(2)(A), against Defendant;

3.  For an award of statutory damages of $1,000.00 for Plaintiff herein, for violations of the RFDCPA pursuant to Cal. Civ. Code § 1788.30(b).

4.  For an award of costs and reasonable attorneys' fees under the FDCPA and RFDCPA pursuant to 15 U.S.C. § 1692k(a)(3) and Cal. Civ. Code § 1788(c), against Defendant, for Plaintiff herein;

5.  For an award of actual damages pursuant to 15 U.S.C. §1692k(a)(1) and Cal. Civ. Code § 1788(a) against Defendant herein in an amount to be determined at trial; and

6.  For such other and further relief as may be just and proper.

//

//

//

//

LAW OFFICES OF JOSEPH NAZARIAN
9454 Wilshire Boulevard, Penthouse
Beverly Hills, CA 90212

Printed on recycled paper

n:/DZ_Complaint
13K_0201

1

## JURY TRIAL DEMAND

2

Plaintiff hereby demands a jury trial on all issues so triable.

3    DATE: February 4, 2013                    Respectfully Submitted,

4

5                                              LAW OFFICES OF JOSEPH NAZARIAN

6                                              By:_____

7                                                    Joseph Nazarian, Esq.
                                                    Attorneys for Plaintiff
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-
*COMPLAINT*

LAW OFFICES OF JOSEPH NAZARIAN
9454 Wilshire Boulevard, Penthouse
Beverly Hills, CA 90212

 Printed on recycled paper

n:/DZ_Complaint
13K_0201

# __Exhibit 1__

**Portfolio Recovery Associates, LLC**
We're giving debt collection a good name.

September 27, 2011
Account/Reference No.: 83266308363120001
WELLS FARGO BANK N.A.

Balance: $4430.14

www.portfoliorecovery.com 

## Welcome to Portfolio Recovery Associates!

Portfolio Recovery Associates purchased the account referenced above on 08/31/11. All future payments and correspondence for this account, including credit counseling service payments, should be directed to us.

**Call toll-free at 1-800-772-1413 to discuss payment arrangements.**
**7:30 AM to 11 PM Mon.-Fri., 8 AM to 5 PM Sat., & 2 PM to 9 PM Sun. (EST)**
**Contact us at help@portfoliorecovery.com to communicate with us by e-mail.**

### Various Payment Options Available Including:

| Pay by Phone: ☎ | Mail: ✉ | Online: 💻 |
|---|---|---|
| • Authorize automatic withdrawals from your bank account<br>• Complete a debit card payment | • Complete the attached coupon<br>• Make all checks and payments to:<br>Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | • Complete a payment from your checking account or debit card*<br>• Pay online at www.portfoliorecovery.com |

\* See back for information about debit card transaction fees that may be applied by third party vendors.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

**This letter is from a debt collector and is an attempt to collect a debt.**
**Any information obtained will be used for that purpose.**

**Notice: See Reverse Side for Important Information**

** PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT **

Dept 922
PO BOX 4115
Concord, CA 94524

Account/Reference Number: 83266308363120001

Payment Amount:

Address Service Requested

#BWNFTZF #PRA9153508611096#

DANNIELLE L ZEPHIER
PO BOX 240262
SAINT PAUL MN 55124-0262

001S
PORTFOLIO RECOVERY ASSOCIATES LLC
P.O. BOX 12914
NORFOLK VA 23541

# **<u>Exhibit 2</u>**

# MARSO AND MICHELSON, P.A.

**ATTORNEYS AT LAW**
3101 Irving Avenue South
Minneapolis, Minnesota 55408
(612) 821-4817
Facsimile (612) 821-4826
**Web Site www.marsomichelson.com**
E-Mail bmichelson@marsomichelson.com

**WILLIAM C. MICHELSON**
**PAUL F. MARSO\***
**PATRICK L. HAYES**
\*ALSO LICENSED TO PRACTICE IN WISCONSIN

Legal Assistants
**MONIQUE C. RERAT**
**JACALYN L. RAGAN**

October 20, 2011

**CERTIFIED MAIL ARTICLE
NO. 7010 3090 0000 6458 4072**

Portfolio Recovery Associates LLC
P.O. Box 12914
Norfolk, VA 23541

Re:   Dannielle L. Zephier
      Wells Fargo Bank N.A.
      Account No. 83266308363120001

Dear Madam or Sir:

Enclosed please find a copy of a letter dated September 27, 2011 which was mailed directly to my client, Dannielle L. Zephier. Please be advised that I have been retained to represent her regarding this matter. Please be further advised that my client disputes this debt and requests verification of it. Please provide copies of all credit card disclosure statements that were provided to my client required by the Truth-In-Lending Act, the date that such disclosure statements were delivered to her and the method of their delivery. Please provide proof of the assignment, including the assignment contract, any bill of sale and exhibits thereto, and information that would clearly identify that this particular account was identified as assigned. If there have been previous assignments, please provide the same information for all of the assignments so that an unbroken chain of ownership can be determined at this time. I look forward to receiving the information requested. I have corresponded with CCB Credit Services, Inc. about this matter. Enclosed herein please find a copy of my correspondence with it about this account. What information does Portfolio Recovery Associates, LLC have regarding my representation of Ms. Zephier? Also, under no circumstance should you again contact my client directly. Unless and until you provide me with a request for information, please make no further demands of Ms. Zephier.

Page 2
October 20, 2011
Re:    Dannielle L. Zephier
       Wells Fargo Bank N.A.
       Account No. 83266308363120001

Please correspond (which means in writing) with me.   Should you contact my office by telephone, due the high volume of telephone calls from my clients' debt collectors, I may not be able to return your telephone call.   If you do contact me by telephone, be prepared to leave a message for me including your full name, my client's name, your telephone number with extension or your direct telephone line, your reference number, the last four digits of the original account number and the original creditor's name.   In any event, if you leave a message for me and I do not contact you by telephone, do not contact my client directly under any circumstance. Thank you.

Very truly yours,

William C. Michelson

WCM/mr

Encl

cc:    Ms. Dannielle L. Zephier

## Portfolio Recovery Associates, LLC
**We're giving debt collection a good name.**

September 27, 2011
Account/Reference No.: 83266308363120001
WELLS FARGO BANK N.A.

Balance: $4430.14

www.portfoliorecovery.com

## Welcome to Portfolio Recovery Associates!

Portfolio Recovery Associates purchased the account referenced above on 08/31/11. All future payments and correspondence for this account, including credit counseling service payments, should be directed to us.

**Call toll-free at 1-800-772-1413 to discuss payment arrangements.
7:30 AM to 11 PM Mon.-Fri., 8 AM to 5 PM Sat., & 2 PM to 9 PM Sun. (EST)
Contact us at help@portfoliorecovery.com to communicate with us by e-mail.**

Various Payment Options Available Including:

| Pay by Phone: | Mail: | Online: |
| --- | --- | --- |
| • Authorize automatic withdrawals from your bank account<br>• Complete a debit card* payment | • Complete the attached coupon<br>• Make all checks and payments to:<br>Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | • Complete a payment from your checking account or debit card*<br>• Pay online at:<br>www.portfoliorecovery.com |

*See back for information about debit card transaction fees that may be applied by third party vendors

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

**This letter is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.**

Notice: See Reverse Side for Important Information

*** PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ***

Dept 922
PO BOX 4115
Concord, CA 94524

Account/Reference Number: 83266308363120001

Payment Amount: _____

Address Service Requested

#BWNFTZF #PRA9153508611096#

DANNIELLE L ZEPHIER
PO BOX 240262
SAINT PAUL MN 55124-0262

001S
PORTFOLIO RECOVERY ASSOCIATES LLC
P.O. BOX 12914
NORFOLK VA 23541

# MARSO AND MICHELSON, P.A.

**ATTORNEYS AT LAW**
3101 Irving Avenue South
Minneapolis, Minnesota 55408
(612) 821-4817
Facsimile (612) 821-4826
**Web Site www.marsomichelson.com**
E-Mail bmichelson@marsomichelson.com

| | |
|---|---|
| **WILLIAM C. MICHELSON**<br>**PAUL F. MARSO\***<br>**PATRICK L. HAYES**<br>\*ALSO LICENSED TO PRACTICE IN WISCONSIN | **Legal Assistants**<br>**MONIQUE C. RERAT**<br>**JACALYN L. RAGAN** |

June 21, 2011

**CERTIFIED MAIL ARTICLE**
**NO. 7010 1670 0000 9936 5932**

CCB Credit Services, Inc.
5300 S. 6th Street
Springfield, IL 62703-5184

Re:    Dannielle Zephier
        Wells Fargo Bank, N.A.
        Account No. 83266308363120001
        File No. XS1299

Dear Madam or Sir:

Enclosed herewith please find a copy of a letter dated February 17, 2011 which was mailed to my client, Dannielle Zephier. Please be advised that I have been retained to represent Ms. Zephier regarding this matter. Please be further advised that my client disputes this debt and requests verification of it, including copies of all disclosure statements sent to her, if any, the dates such disclosures were provided, and the method of their delivery. I look forward to receiving the information requested.

Because I represent Ms. Zephier regarding this matter, any further contact regarding this matter must be made directly with me and not with my client. Should this matter be referred to another debt collection agency or collection attorney, please advise that agency or attorney to which or to whom the account is referred that this law firm represents Dannielle Zephier regarding this matter and said agency or attorney should contact this law firm and not my client. This letter should be considered part of the collection file and must be shared with any collection agency or attorney that receives this account for collection in the future.

Page 2
June 21, 2011
Re:    Dannielle Zephier
       Wells Fargo Bank, N.A.
       Account No. 83266308363120001
       File No. XS1299

Please correspond (which means in writing) with me.  Should you contact my office by telephone, due the high volume of telephone calls from my clients' debt collectors, I may not be able to return your telephone call.  If you do contact me by telephone, be prepared to leave a message for me including your full name, my client's name, your telephone number with extension or your direct telephone line, your reference number, the last four digits of the original account number and the original creditor's name.  In any event, if you leave a message for me and I do not contact you by telephone, do not contact my client directly under any circumstance. Thank you.

Very truly yours,

William C. Michelson

WCM/mr

Encl

cc:    Ms. Dannielle Zephier
       Wells Fargo Bank, N.A., Certified Mail Article
       No. 7010 1670 0000 9936 5925

# CCS
## CREDIT SERVICES

5300 S 6th Street   (217) 585-5868
Springfield, IL 62703-5184   (800) 756-9428

| | | | |
|---|---|---|---|
| Date: | February 17, 2011 | Amount: | $4,900.16 |
| Account No.: | 83266308363120001 | Various Other Accounts: | $ 0.00 |
| File #: | XS1299 | Other Charges: | $ 0.00 |
| Creditor: | WELLS FARGO BANK, N.A. | **Total Amount Due:** | $4,900.16 |

We have been authorized to offer you an opportunity to "SETTLE YOUR ACCOUNT". However, we must have your payment within the next 20 days.

To take advantage of this most generous offer, you must return this notice with a check or money order for the settlement amount in the envelope we have provided.

If you wish to discuss alternative arrangements, please call us immediately.

Total Amount Due:         $4,900.16
Settlement Offer:          $2,450.08

This communication is from a debt collection agency. This is an attempt to collect a debt and any information obtained will be used for that purpose.

This collection agency is licensed by the Minnesota Department of Commerce.

***Please Detach Lower Portion & return to us with Payment***
(MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

65SDOCBS0450

| DATE | ACCOUNT NO. | FILE # |
|---|---|---|
| 2/17/11 | 83266308363120001 | XS1299 |

CREDITOR: WELLS FARGO BANK, N.A.

SDOCBS01
PO Box 1022
Wixom MI 48393-1022

ADDRESS SERVICE REQUESTED

| TOTAL AMOUNT DUE | $4,900.16 |
|---|---|
| SETTLEMENT OFFER | $2,450.08 |

February 17, 2011

XS1299-00    490433972

Danielle Zephier
PO Box 240262
Apple Valley MN 55124-0262

MAIL ALL PAYMENTS & CORRESPONDENCE TO:
CCB CREDIT SERVICES, INC.
PO Box 272
Springfield IL 62705-0272

# **<u>Exhibit 3</u>**

English        Customer Service        USPS Mobile

Register / Sign In

**USPS.COM**

Search USPS.com or Track Packages

Quick Tools            Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

You entered: 70103090000064584072

**Status: Delivered**
**Your item was delivered at 6:21 am on October 24, 2011 in NORFOLK, VA 23502.**
**Additional information for this item is stored in files offline.**

**You may request that the additional information be retrieved from the archives, and
that we send you an e-mail when this retrieval is complete. Requests to retrieve
additional information are generally processed within four hours. This information will
remain online for 30 days.**

I would like to receive notification on this request

Restore

**Find Another Item**

What's your label (or receipt) number?

Find

---

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Site Index › | Careers › | |

Copyright© 2012 USPS. All Rights Reserved.

# **Exhibit 4**

**Portfolio Recovery Associates, LLC**
**We're giving debt collection a good name.**

WELLS FARGO BANK N.A.
Account/Reference No.: 83266308363120001
*Balance: $4,430.14

February 7, 2012

## Stretch Your Tax Refund Dollars!

*Make "Getting Out of Debt" your 2012 New Year's resolution.*
*We have created a solution just for you to make the most of your tax refund.*

| Single Payment<br>Settlement Option | 3 Month<br>Settlement Plan | 12 Month<br>Settlement Plan |
|---|---|---|
| ● One payment of $3,545.00<br>● SAVE $885.14 | ● Pay $1,255.00 for<br>3 consecutive months<br>● SAVE $665.14 | ● Pay $335.00 for<br>12 consecutive months<br>● SAVE $410.14 |

- Your first payment must be received NO LATER than *03/02/2012.*
- Your account will be considered "Settled in Full" after we post your final payment.

**ARE YOU ELIGIBLE FOR A TAX CREDIT OR REFUND?** Go to www.irs.gov to find out if you qualify for an earned income tax credit, free tax preparation, or one of the many tax credits available.




| We are ready to help you resolve this debt!<br>Just call: **1-800-772-1413** before 03/02/2012<br>to discuss the **AFFORDABLE PAYMENT OPTIONS** that are available to you.<br>7:30 AM to 11 PM Mon.-Fri.  •  8 AM to 5 PM Sat.  •  2 PM to 9 PM Sun. ||
|---|---|
| **Mail all checks and payments to:**<br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br>P.O. Box 12914<br>Norfolk VA 23541 | **Make your Payment Online!**<br>**www.portfoliorecovery.com** |

*We are not obligated to renew this offer.

**Company Address:** Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502

**Disputes Correspondence Address:** 140 Corporate Blvd., Norfolk, VA 23502 or E-mail:
PRA_Disputes@portfoliorecovery.com

**Debt Card Transaction Fees:** Third party vendors may charge a transaction fee for processing payments made by debit card; however, PRA does not charge or accept any fees. Please discuss this option with our staff if you have any questions.

**QUALITY SERVICE SPECIALISTS AVAILABLE Mon. – Fri. 8 AM TO 5 PM (EST)**
Not happy with the way you were treated? Our company strives to provide professional and courteous service to all our customers. Contact one of our staff to discuss issues related to our quality of service to you by phone at (866) 925-7109 or by e-mail at qualityservice@portfoliorecovery.com.

**PRIVACY NOTICE**
We collect certain personal information about you from the following sources: (a) information we receive from you; (b) information about your transactions with our affiliates, others or us; (c) information we receive from consumer reporting agencies. We do not disclose any nonpublic personal information about our customers or former customers to anyone, except as permitted by law. We restrict access to nonpublic information about you to those employees and entities that need to know that information in order to collect your account. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

**This letter is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.**




CDPRAS01
PO Box 1099
Wixom MI 48393-1099
ADDRESS SERVICE REQUESTED

PRESORT
FIRST CLASS MAIL
US POSTAGE PAID
DSI-48393

51M2     723527502
DANNIELLE L ZEPHIER
PO Box 240262
Saint Paul MN 55124-0262

0012021000

SNGLP

⊥ TO OPEN THIS SIDE  SLIDE FINGER UNDER THIS EDGE  ⊥

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Dannielle Zephier, an individual residing in Los Angeles County | Portfolio Recovery Associates, LLC, a Delaware Limited Liability Company |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Joseph Nazarian, Esq., Law Offices of Joseph Nazarian, 9454 Wilshire Blvd., Penthouse, Beverly Hills, CA 90212 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No          ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 U.S.C. 1692 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| | | PERSONAL INJURY | PERSONAL PROPERTY | | |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☑ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 610 Agriculture | |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 892 Economic Stabilization Act | | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

CV13-00786

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                    ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                    ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                    ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Norfolk City County in Virginia |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

\* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____     Date **2/4/2013**

    **Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |