UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

JS-6

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

**CASE NO.:** CV 13-00786 SJO (MLGx)         **DATE:** April 16, 2013

**TITLE:** Dannielle Zephier v. Portfolio Recovery Associates LLC et al

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                                          Not Present
Courtroom Clerk                                      Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                          Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the NOTICE of Voluntary Dismissal filed by Plaintiff Dannielle Zephier. Dismissal with prejudice [8] filed 3/2113. Accordingly, the Court Orders this matter dismissed pursuant to the NOTICE of Dismissal.

MINUTES FORM 11                                                    __ : __
CIVIL GEN                        Page 1 of 1              Initials of Preparer    jloz